# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.	4:11CR00251-2 JLH

BRIDGETTE DIANE CROSSWELL

## ORDER

On November 10, 2011, the Court entered an Order Setting Conditions of Release, which placed Defendant on an OR bond in the third-party custody of her father. (Docket entry #16). On September 7, 2012 Defendant filed a Motion to Modify Conditions of Release. (Docket entry #30).

She states that her father's residence is in Blytheville but that her two young children go to school in Gosnell, which is also where she works. She requests permission to obtain her own residence in Gosnell.

Defendant's Pretrial Services Officer ("PTSO") has informed the Court that Defendant has performed satisfactorily on supervision. Furthermore, the Government does not object to Defendant's requested relief. Under these circumstances, the Court will grant Defendant's Motion. **However, Defendant must obtain advance approval from her PTSO before changing residences.**

IT IS THEREFORE ORDERED THAT Defendant's Motion to Modify Conditions of Release (docket entry #30) is GRANTED. Defendant must obtain advance approval from her PTSO before changing residences.

Dated this 13th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE